**Order entered January 8, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00729-CR

**JEAN KENNETH TONEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 061707**

## ORDER

We **GRANT** the State's second motion for extension of time to file brief and **ORDER**

the brief received December 23, 2013 filed as of the date of this order.


/s/     DOUGLAS S. LANG
          PRESIDING JUSTICE